IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN RUCKER, CAROLYN WILLIAMS, WANDA ANDERSON, MELANIE HOUSE, and THOMAS R. PRINCE, JR., on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OASIS LEGAL FINANCE, L.L.C.; GLOBAL FINANCIAL CREDIT, L.L.C.; USCLAIMS; BLUE OCEAN PARTNERS, L.L.C., d/b/a PLAINTIFF SUPPORT SERVICES; and CAMBRIDGE MANAGEMENT GROUP, L.L.C.,<br><br>Defendants. | CIVIL ACTION NUMBER:<br><br>CV-09-U-0432-S |

## MOTION TO DISMISS PURSUANT TO RULE 41

The Plaintiffs, John Rucker, Carolyn Williams, Wanda Anderson, Melanie House, and Thomas R. Prince, Jr., on behalf of themselves and as the representatives of the Class, hereby voluntarily dismiss Global Financial Credit, LLC, US Claims, Blue Ocean Partners LLC, d/b/a Plaintiff Support Services, and Cambridge Management Group, LLC. In support of this dismissal, the Plaintiffs state as follows:

1

1. This voluntary dismissal is taken pursuant to Rule 41(a)(1)(A).

2. No Answer or Motion for Summary Judgment has been filed in this action.

3. This voluntary dismissal is without prejudice as no prior federal or state court action based or including the same claim has been dismissed.

/s/ Brian D. Turner, Jr.
BRIAN D. TURNER, JR.
Attorney for Plaintiffs

OF COUNSEL:
Hill Turner, LLC
2117 Magnolia Avenue, Suite 100
Birmingham, AL 35205
Telephone: (205) 250-7776
Facsimile: (205) 250-7675
e-mail: brian@hillturner.com

AND

/s/ James H. McFerrin
JAMES H. McFERRIN
Attorney for Plaintiffs

OF COUNSEL:
The McFerrin Law Firm
2117 Magnolia Avenue, Suite 100
Birmingham, AL 35205
Telephone: (205) 870-5704
Facsimile: (205) 250-7675
e-mail: jhmcferring@bellsouth.net

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing Motion to Dismiss Pursuant to Rule 41 on counsel for Defendants through the Alabama e-file system, which will provide a copy of the same to the following, as well as on the individual Defendant, by U. S. Mail, postage prepaid, on this the 6th day of May, 2009:

R. Bruce Barze
Balch & Bingham
P. O. Box 306
Birmingham, AL 35201-0306
(Attorney for Global Financial, LLC, US Claims, Blue Ocean Partners, LLC and Cambridge Management Group, LLC)

Lana K. Alcorn
Lightfoot, Franklin & White
400 20th Street North
Birmingham, AL 35203

                                                    */s/ Brian D. Turner, Jr.*
                                                    OF COUNSEL