FILED
2009 May-11 PM 05:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN RUCKER, CAROLYN WILLIAMS, WANDA ANDERSON, MELANIE HOUSE, AND THOMAS R. PRINCE, JR., on behalf of themselves and others similarly situated. <br> Plaintiffs, <br> vs. <br><br> OASIS LEGAL FINANCE, L.L.C.; GLOBAL FINANCIAL CREDIT, L.L.C.; USCLAIMS; BLUE OCEAN PARTNERS, L.L.C., d/b/a PLAINTIFF SUPPORT SERVICES; and CAMBRIDGE MANAGEMENT GROUP, L.L.C., <br> Defendants. | ) ) ) ) ) ) ) ) ) ) **CASE NO.: 09-CV-00432** ) ) ) ) ) ) ) |

## AFFIDAVIT OF MICHAEL PEKIN

I, Michael Pekin, do hereby depose and state as follows:

1. I have personal knowledge of the facts set forth in this affidavit and can testify to them if called upon to do so.

2. I am a founder of Oasis Legal Finance, LLC ("Oasis") and am currently employed as its Executive Vice President. I am familiar with the Purchase Agreements (the "Oasis Purchase Agreements") that Oasis has entered into with residents of Alabama, including the Purchase Agreements executed and delivered by John Rucker, Wanda Anderson, and Thomas R. Prince, Jr.

3. Oasis has its principal place of business and headquarters in Cook County, Illinois. Oasis maintains its records in Cook County, Illinois. All employees of Oasis who had any involvement with the negotiation and execution of the Oasis Purchase Agreements are employed at Oasis's principal place of business and headquarters in Cook County, Illinois. All


EXHIBIT 1

employees of Oasis that had any involvement with the negotiation and execution of the Oasis Purchase Agreements reside in Cook County or nearby counties in Illinois.

4. John Rucker was represented by counsel at the time he signed his Oasis Purchase Agreement. John Rucker's attorney executed an Attorney Acknowledgement form at or around the time that John Rucker executed his Oasis Purchase Agreement. A true and accurate copy of the Attorney Acknowledgment form signed by John Rucker's attorney is attached hereto as **Exhibit A**.

5. Wanda Anderson was represented by counsel at the time she signed her Oasis Purchase Agreement. Wanda Anderson's attorney executed an Attorney Acknowledgement form at or around the time that Wanda Anderson executed her Oasis Purchase Agreement. A true and accurate copy of the Attorney Acknowledgment form signed by Wanda Anderson's attorney is attached hereto as **Exhibit B**.

6. Thomas R. Prince, Jr. was represented by counsel at the time he signed his Oasis Purchase Agreement. Thomas R. Prince, Jr.'s attorney executed an Attorney Acknowledgement form at or around the time that Thomas R. Prince, Jr. executed his Oasis Purchase Agreement. A true and accurate copy of the Attorney Acknowledgment form signed by Thomas R. Prince, Jr.'s attorney is attached hereto as **Exhibit C**.

7. All of the Oasis Purchase Agreements contain the same express and unambiguous forum-selection clause obligating the "Sellers" to irrevocably and unconditionally litigate any and all claims arising out of the Oasis Purchase Agreements exclusively in the Circuit Court of Cook County, Illinois.

8. I declare under penalty of perjury that the foregoing is true and correct.

FURTHER, AFFIANT SAYETH NOT.

Executed on May 8, 2009.

*Michael Pekin*

SUBSCRIBED and SWORN to before me, a Notary Public, by MICHAEL PEKIN this 8 day of May 2009.

*Notary Public*

JULY 15, 2009
My Commission Expires

OFFICIAL SEAL
JOANNA H SAKOWICZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/15/09

537537v1

- 3 -

**IRREVOCABLE LETTER OF DIRECTION**
Sent by Fax to (205) 995-6869 and by US Mail

January 23, 2008

Steven Goozee, Esq.
One Perimeter Park South
Birmingham, AL 35243

Dear Steven Goozee,

I, John Rucker Jr, hereby irrevocably direct Steven Goozee or any subsequent attorney(s) and law firms that may represent me, to place an assignment and security interest against any and all of the settlement proceeds due to me from the legal claim(s)/case(s) in which you represent me, after payment of any and all legal fees and reimbursable costs, and to protect and satisfy this assignment and security interest up to the full Oasis Ownership Amount per the Purchase Agreement I have executed with Oasis Legal Finance, LLC, before releasing any funds to me. If any dispute arises over the amount owed Oasis, I instruct you NOT to release any funds to me until that dispute is resolved. If a check is sent in my name, I hereby grant you a limited, irrevocable power of attorney to endorse and deposit my check into your trust account and pay Oasis Legal Finance, LLC, in full, before releasing any funds to me.

I have read the Purchase Agreement and fully understand my obligations. I understand that Oasis has relied on this Irrevocable Letter of Direction to fund the Purchase Agreement, that the purchase price is $5,000.00, and that the Oasis Ownership Amount will increase based on a multiple of the purchase price and the date Oasis receives payment per the Purchase Agreement. In the event that you no longer represent me, I instruct you to provide Oasis with any insurance, attorney or other information requested that will allow it protect its interest and to follow my irrevocable instructions. This letter may be executed in counterparts, each of which shall be deemed an original and all of which shall together constitute an agreement. By signing the acknowledgement below, you acknowledge that this letter is from me and that you comply with this Irrevocable Letter of Direction.

Sincerely,

*/s/ John Rucker Jr*
John Rucker Jr

### ATTORNEY ACKNOWLEDGMENT

- I, Steven Goozee, Esq., acknowledge receipt of this Letter from my client.
- My fee agreement is on a contingency basis and there are liens (exclusive of attorneys fees and costs) against the case of approximately $_____, and I will honor my client's irrevocable letter of direction, assignment, consensual lien and security interest, subordinate to attorney fees and costs as per instructions above.
- I fully expect and anticipate that any settlement check will be sent to me from the defendant and/or insurance company, and not to the Plaintiff, and I agree that all disbursements of funds, including plaintiff's share of proceeds, will be through my attorney trust account.
- To the best of my knowledge, John Rucker Jr has NOT received any previous cash advances on his/her legal claim(s).
- Without the prior written consent of Oasis Legal Finance, LLC, I will not participate in or acknowledge any future cash advances for John Rucker Jr.

How should we contact your office for case updates?

*/s/ Steven Goozee, Esq.*
Steven Goozee, Esq.

_____
E-mail is Preferred (or Fax Number)

248273 0.0118732 20080123085432      Case ID: P-AL-116732                WC Ver. 2.9


EXHIBIT A

11/02/2007 Fri 09:35         Oasis Legal Finance   (847) 521-4394                    ID: #262375  Page 14 of 15

November 2, 2007

**IRREVOCABLE LETTER OF DIRECTION**
Sent by Fax to (205) 327-5591 and by US Mail

Timothy Hughes, Esq.
1605 15th Ave South
Birmingham, AL 35205

Dear Timothy Hughes,

I, Wanda Anderson, hereby irrevocably direct Timothy Hughes or any subsequent attorney(s) and law firms that may represent me, to place an assignment and security interest against any and all of the settlement proceeds due to me from the legal claim(s)/case(s) in which you represent me, after payment of any and all legal fees and reimbursable costs, and to protect and satisfy this assignment and security interest up to the full Oasis Ownership Amount per the Purchase Agreement I have executed with Oasis Legal Finance, LLC, before releasing any funds to me. If any dispute arises over the amount owed Oasis, I instruct you NOT to release any funds to me until that dispute is resolved. If a check is sent in my name, I hereby grant you a limited, irrevocable power of attorney to endorse and deposit my check into your trust account and pay Oasis Legal Finance, LLC, in full, before releasing any funds to me.

I have read the Purchase Agreement and fully understand my obligations. I understand that Oasis has relied on this Irrevocable Letter of Direction to fund the Purchase Agreement, that the purchase price is $3,000.00, and that the Oasis Ownership Amount will increase based on a multiple of the purchase price and the date Oasis receives payment per the Purchase Agreement. In the event that you no longer represent me, I instruct you to provide Oasis with any insurance, attorney or other information requested that will allow it protect its interest and to follow my irrevocable instructions. This letter may be executed in counterparts, each of which shall be deemed an original and all of which shall together constitute on agreement. By signing the acknowledgement below, you acknowledge that this letter is from me and that you comply with this Irrevocable Letter of Direction.

Sincerely,

X *[signature]*
Wanda Anderson

15%

**ATTORNEY ACKNOWLEDGMENT**

- I, Timothy Hughes, Esq., acknowledge receipt of this Letter from my client.
- My fee agreement is on a contingency basis and there are liens against the case of approximately $____
- All disbursements of funds, including plaintiff's share of proceeds, will be through my attorney trust account, and plaintiff will not receive a settlement check directly from the defendant and/or insurance company.
- I will honor my client's irrevocable letter of direction, assignment, and security interest, subordinate to attorney fees as per instructions above.
- To my knowledge, Wanda Anderson has NOT received any previous cash advances on his/her legal claim(s).
- Without prior written consent of Oasis Legal Finance, LLC, Wanda Anderson may not receive any future cash advances.

How should we contact your office for case updates?

*[signature]*
Timothy Hughes, Esq.

205-327-5591
E-mail is Preferred (or Fax Number)

201771 0.0 99261 20071102093303       Case ID: P-AL-99261           WC Ver. 2.9

**EXHIBIT B**

**IRREVOCABLE LETTER OF DIRECTION**
Sent by Fax to (205) 802-1302 and by US Mail

November 25, 2008

David Cutchen, Esq.
2552 18th Street South
Birmingham, AL 35209

Dear David Cutchen,

I, Thomas Prince, hereby irrevocably direct David Cutchen or any subsequent attorney(s) and law firms that may represent me, to place an assignment, consensual lien and security interest against any and all of the settlement proceeds due to me from the legal claim(s)/case(s) in which you represent me, after payment of any and all legal fees and reimbursable costs, and to protect and satisfy this assignment, consensual lien and security interest up to the full Oasis Ownership Amount per the Purchase Agreement I have executed with Oasis Legal Finance, LLC, before releasing any funds to me. If any dispute arises over the amount owed Oasis, I instruct you **NOT** to release any funds to me until that dispute is resolved. If a check is sent in my name, I hereby grant you a limited, irrevocable power of attorney to endorse and deposit my check into your trust account and pay Oasis Legal Finance, LLC, in full, before releasing any funds to me.

I have read the Purchase Agreement and fully understand my obligations. I understand that Oasis has relied on this Irrevocable Letter of Direction to fund the Purchase Agreement, that the purchase price is $4,549.88, and that the Oasis Ownership Amount will increase based on a multiple of the purchase price and the date Oasis receives payment per the Purchase Agreement. In the event that you no longer represent me, I instruct you to provide Oasis with any insurance, attorney or other information requested that will allow it protect its interest and to follow my irrevocable instructions. This letter may be executed in counterparts, each of which shall be deemed an original and all of which shall together constitute on agreement. By signing the acknowledgement below, you acknowledge that this letter is from me and that you comply with this Irrevocable Letter of Direction.

Sincerely,

X _Thomas R. Prince Jr._
Thomas Prince

**Oasis Ownership Amount**

| Payment Schedule | Oasis Ownership Amount (Payoff Amount) |
|---|---|
| November 25, 2008 to May 24, 2009 | $6,824.82 |
| May 25, 2009 to November 24, 2009 | $7,507.30 |
| November 25, 2009 to February 24, 2010 | $10,237.23 |
| February 25, 2010 to May 24, 2010 | $11,374.70 |
| May 25, 2010 to November 24, 2010 | $12,512.17 |
| November 25, 2010 to May 24, 2011 | $14,787.11 |
| May 25, 2011 and thereafter | $15,924.58 |

**ATTORNEY ACKNOWLEDGMENT**

- I, David Cutchen, Esq., acknowledge receipt of this Letter from my client.
- My fee agreement is on a contingency basis and there are liens (exclusive of attorneys fees and costs) against the case of approximately $_____, and I will honor my client's irrevocable letter of direction, assignment, consensual lien and security interest, subordinate to attorney fees and costs as per instructions above.
- I fully expect and anticipate that any settlement check will be sent to me from the defendant and/or insurance company, and not to the Plaintiff, and I agree that all disbursements of funds, including plaintiff's share of proceeds, will be through my attorney trust account
- To the best of my knowledge, Thomas Prince has **NOT** received any previous cash advances on his/her legal claim(s), except for the Purchase Agreement dated Aug 04, 2008 with Oasis Legal Finance, LLC.
- Without the prior written consent of Oasis Legal Finance, LLC, I will not participate in or acknowledge any future cash advances for Thomas Prince.

_David W. Cutch_
David Cutchen, Esq.

How should we contact your office for case updates?

205 802 1302
dcutchen @ forstman
E-mail is Preferred (or Fax Number)    Cutchen.com

420008 0.0 138815 20081125144457    Case ID: P-AL-138815    All Ver. 3.0+25


EXHIBIT C

SCAN1318_000.tif