FILED

2009 May-12  AM 09:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ALABAMA
### SOUTHERN   DIVISION

| | | |
|---|---|---|
| **JOHN RUCKER, et al** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **vs.** | ) | **CV 09-UNAS-PT-432-S** |
| | ) | |
| **OASIS LEGAL FINANCE, LLC, et al** | ) | |
| | ) | |
| **Defendants** | ) | |

### DISMISSAL ORDER

This cause comes before the court on the Motion to Dismiss Pursuant to Rule 41 filed by the plaintiffs on May 6, 2009.  There being no objections by the defendants, the motion is **GRANTED** and  this  action is **DISMISSED, WITHOUT PREJUDICE**, as to all claim(s) asserted by plaintiffs  against defendants Global Financial Credit, LLC, US Claims, Blue Ocean Partners LLC, d/b/a Plaintiff Support Services, and Cambridge Management Group, LLC.  All claim(s) against remaining defendant(s) shall remain in effect.

DONE and **ORDERED** this the 12th day of May, 2009.

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**