IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN RUCKER, CAROLYN WILLIAMS, WANDA ANDERSON, MELANIE HOUSE, AND THOMAS R. PRINCE, JR., on behalf of themselves and others similarly situated.<br>Plaintiffs,<br>vs.<br><br>OASIS LEGAL FINANCE, L.L.C.; GLOBAL FINANCIAL CREDIT, L.L.C.; USCLAIMS; BLUE OCEAN PARTNERS, L.L.C., d/b/a PLAINTIFF SUPPORT SERVICES; and CAMBRIDGE MANAGEMENT GROUP, L.L.C.,<br>Defendants. | CASE NO.: 09-CV-00432 |

## SUPPLEMENTAL AFFIDAVIT OF MICHAEL PEKIN

I, Michael Pekin, do hereby depose and state as follows:

1. I have personal knowledge of the facts set forth in this affidavit and can testify to them if called upon to do so.

2. I am a founder of Oasis Legal Finance, LLC ("Oasis") and am currently employed as its Executive Vice President. I am familiar with the Purchase Agreements that Oasis has entered into with residents of Alabama, including the Purchase Agreements executed and delivered by John Rucker, Wanda Anderson, and Thomas R. Prince, Jr. (the "Purchase Agreements").

3. Oasis is a legal funding company that assists individual clients in obtaining non-recourse funding while they are pursuing personal injury cases. Oasis is currently engaged in the business of non-recourse legal funding in 48 states. At least fifty other companies are also operating non-recourse legal funding businesses across the country.

4. At the time this action was filed, at least four other companies, all of which are competitors of Oasis, were providing non-recourse legal funding in the State of Alabama, including Global Financial Credit, L.L.C., USClaims, Blue Ocean Partners, LLC, and Cambridge Management Group, L.L.C.

5. Oasis, along with fourteen other companies engaged in non-recourse legal funding, is a member of the American Legal Finance Association ("ALFA"), which is a not-for-profit industry practice group. One of ALFA's main purposes was, and is, to establish and maintain the highest ethical standards and fair business practices within the legal funding industry. To this end, ALFA established a list of Industry Best Practices that all of its members, including Oasis, agreed to follow. A copy of ALFA's Industry Best Practices is attached hereto as Exhibit 1.

6. In general, when a potential client approaches Oasis to obtain funding, Oasis investigates the client's legal claim to determine the merit of the client's claim and the appropriate amount of the funding, if any. If Oasis decides to provide funding, the client and Oasis will enter into a Purchase Agreement, pursuant to which Oasis will purchase an in interest in the potential proceeds of the client's personal injury case. The amount of Oasis's interest in the potential proceeds of a client's personal injury case is based on the amount of the initial funding and the length of time it takes the case to resolve. The amount of Oasis's interest in the proceeds is known as the "Oasis Ownership Amount." Because Oasis does not purchase a percentage of the client's potential proceeds in a personal injury case, the dollar amount of Oasis's interest in the potential proceeds does not increase based upon the amount of money the client recovers in the personal injury case.

7. Oasis does not always require clients to pay the full Oasis Ownership Amount.

For example, when Wanda Anderson repaid Oasis on November 17, 2008, the Oasis Ownership Amount was $6,750.00. However, Oasis agreed to accept a reduced payment of only $4,058.96 from Anderson as payment in full.

8. Paragraph 3.3 of the Purchase Agreements expressly provides that "Purchaser [Oasis] has imposed no conditions on Seller's [Rucker's, Anderson's, or Prince's] use of the Purchase Price." Oasis fully complied with Paragraph 3.3 of the Purchase Agreements and did not impose any conditions on either Rucker's, Anderson's, or Prince's, use of the funding.

9. Paragraph 4.1 of the Purchase Agreements expressly provides: "Purchaser [Oasis] acknowledges and agrees that Purchaser shall have no right to and will not make any decisions with respect to the conduct of the Legal Claim or any settlement or resolution thereof and that the right to make such decisions remains solely with Seller [Rucker, Anderson, or Prince] and Seller's Attorney." Oasis fully complied with Paragraph 4.1 and never interfered in any manner with Plaintiffs' personal injury cases.

10. Plaintiffs Rucker, Anderson, and Prince had each independently retained an attorney in connection with their respective personal injury claims prior to seeking any funding from Oasis.

11. I declare under penalty of perjury that the foregoing is true and correct.

FURTHER, AFFIANT SAYETH NOT.

Executed on June 17, 2009.

_____
Michael Pekin

SUBSCRIBED and SWORN to before me, a Notary Public, by _____, this 17th day of June 2009.

7/27/09
_____
My Commission Expires

_____
Notary Public

"OFFICIAL SEAL"
Colin G. Lawler
Notary Public, State of Illinois
My Commission Exp. 07/27/2009

- 3 -



AMERICAN LEGAL FINANCE ASSOCIATION



HOME | About Legal Funding | About ALFA | People Are Saying | Media Resources | Contact Us | For ALFA Members

## Industry Best Practices - ALFA's Code of Conduct

1. Each member agrees to obtain written acknowledgement from the consumer's attorney before funding their case.

2. Each member agrees that their transaction with the consumer shall constitute the entire agreement between the member and the consumer. Each member agrees that they will not take any step to:
   - Acquire ownership in the consumer's litigation
   - Interfere or participate in the consumer's litigation, and/or attempt to influence the consumer's litigation

3. Each member agrees that they will not intentionally advance the consumer money in excess of the consumer's needs at the time the advance is completed.

4. Each member agrees that they will not intentionally over-fund a case in relation to their perceived value of the case at the time of such advance.

5. Each member agrees that they will not advertise false or intentionally misleading information.

6. Each member agrees that they will not offer or pay commissions or referral fees to any attorney or employee of a law firm for referring a consumer to the member.



Copyright 2008 All Rights Reserved

**EXHIBIT**

tabbies®

_I_