FILED

2009 Aug-06  AM 10:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN RUCKER, et al** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **vs.** | ) | **CV 09-UNAS-PT-432-S** |
| | ) | |
| **OASIS LEGAL FINANCE, LLC.,** | ) | |
| **et al** | ) | |
| | ) | |
| **Defendants** | ) | |

## ORDER

In accordance with a Memorandum Opinion filed contemporaneously herewith, the

Defendant Oasis Legal Finance, L.L.C.'s  Motion to Dismiss for Improper Venue filed on May

11, 2009 is **DENIED**.  The court is of the opinion that this order involves a controlling question

of law as to which there is substantial ground for difference of opinion and that an immediate

appeal from this order may materially advance the ultimate termination of this litigation.

**DONE** and **ORDERED** this the 6th day of August,  2009.

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**