Case 2:09-cv-00432-AKK   Document 31   Filed 09/23/09   Page 1 of 4                FILED
                                                                         2009 Sep-23 PM 03:08
Case 2:09-cv-00432-UNAS-RBP   Document 30   Filed 09/22/2009   Page 1 of 4  U.S. DISTRICT COURT
                                                                         FILED
                                                                         2009 Sep-22 PM 04:28
                                                                         U.S. DISTRICT COURT
                                                                         N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN RUCKER, et al., | ) |
| Plaintiffs, | ) |
| | ) District Court No.: CV-09-00432-UNAS-PT |
| v. | ) |
| | ) 11th Cir. No.: 09-14695-J |
| OASIS LEGAL FINANCE, LLC, | ) |
| Defendant. | ) |

## NOTICE OF GRANTING OF PETITION FOR PERMISSION TO APPEAL

Defendant Oasis Legal Finance, L.L.C. ("Oasis") hereby notifies the Court that the United States Court of Appeals for the Eleventh Circuit has granted Oasis's petition for permission to appeal pursuant to 28 U.S.C. § 1292(b), as provided for by this Court's order of August 6, 2009 (doc. # 28) denying Oasis's motion to dismiss for improper venue (doc. # 13). *See* Exhibit A (Eleventh Circuit Order).

/s/ Joshua K. Payne
One of the Attorneys for Defendant
Oasis Legal Finance, L.L.C.

OF COUNSEL:
**Sara Anne Ford**
sford@lightfootlaw.com
**Lana Alcorn Olson**
lolson@lightfootlaw.com
**Joshua K. Payne**
jpayne@lightfootlaw.com
**LIGHTFOOT, FRANKLIN & WHITE, LLC**
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

and

**Brad E Rago**
brago@btlaw.com
**William E McErlean**
wmcerlean@btlaw.com
**BARNES & THORNBURG LLP**
1 North Wacker Drive, Suite 4400
Chicago, Illinois 60603
(312) 357-1313
(312) 759-5646 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Brian D. Turner, Jr., Esq.
Samuel M. Hill, Esq.
**HILL TURNER, LLC**
2117 Magnolia Avenue
Suite 100
Birmingham, AL 35205

James H. McFerrin
**MCFERRIN STIRLING & HOOD**
1920 Huntington Road
Birmingham, AL 35209

/s/ Joshua K. Payne
OF COUNSEL

2

# Exhibit A

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

SEP 1 8 2009

THOMAS K. KAHN
CLERK

No. 09-90022-D

OASIS LEGAL FINANCE, L.L.C.,

Petitioner,

versus

JOHN RUCKER,
CAROLYN WILLIAMS,
WANDA ANDERSON,
MELANIE HOUSE,
THOMAS R. PRINCE, JR.,
on behalf of themselves and
others similarly situated,

Respondents.

------------------------
Petition for Permission to Appeal an Order from
the United States District Court for the
Northern District of Alabama
------------------------

BEFORE: TJOFLAT, HULL and PRYOR, Circuit Judges.

BY THE COURT:

The petition for permission to appeal pursuant to 28 U.S.C. §1292(b) is GRANTED.