Sharon Harris
Clerk, U.S. District Court
1729 5TH AVE N STE 140
BIRMINGHAM AL 35203-2050

September 29, 2009

**Appeal Number: 09-14867-J**
Case Style: John Rucker v. Oasis Legal Finance, LLC
District Court Number: 09-00432 CV-2-UNAS-RBP

TO:   Sharon Harris

CC:   Joshua Kerry Payne

CC:   Brad E. Rago

CC:   Charla L. Hausler

CC:   Lana Alcorn Olson

CC:   Sara Anne Ford

CC:   William M. McErlean

CC:   R. Bruce Barze, Jr.

CC:   Daniel E. Harrell

CC:   Brian D. Turner, Jr.

CC:   James H. McFerrin

CC:   Samuel M. Hill

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

September 29, 2009

Sharon Harris
Clerk, U.S. District Court
1729 5TH AVE N STE 140
BIRMINGHAM AL 35203-2050

**Appeal Number: 09-14867-J**
Case Style: John Rucker v. Oasis Legal Finance, LLC
District Court Number: 09-00432 CV-2-UNAS-RBP

The enclosed certified copy of the Clerk's Entry of Dismissal because the appeal was erroneously docketed is issued as the mandate of this court.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189

Encl.

DIS-3 (6-2004)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 09-14867-J

JOHN RUCKER,
CAROLYN WILLIAMS,
WANDA ANDERSON,
MELANIE HOUSE,
THOMAS R. PRINCE, JR.,
on behalf of themselves and others
similarly situated,

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

SEP 2 9 2009

THOMAS K. KAHN
CLERK

Plaintiffs-Appellees,

versus

OASIS LEGAL FINANCE, L.L.C.,

Defendant-Appellant,

GLOBAL FINANCIAL CREDIT, L.L.C., et al.,

Defendants.

Appeal from the United States District Court for the
Northern District of Alabama

ENTRY OF DISMISSAL

This appeal was erroneously docketed by the Eleventh Circuit Court of Appeals. Therefore, this appeal is hereby DISMISSED effective this 29th day of September, 2009.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Deborah Hall
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40