FILED
2009 Oct-02 PM 03:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# SMARTsend(TM) Confirmation Report

**Xerox Corporation®**

## Job Status: SUCCEEDED

## Job Status Details:

## Job Information:

| | |
|---|---|
| **Start Date:** | 9/18/2009 12:55 PM |
| **FreeFlow(TM) - SMARTsend(TM) Server:** | ca11-smartsend |
| **Scan Source:** | 156.130.16.91 |
| **Job User:** | CA11-SMARTSEND\e-file_alnd |

**Document Attribute Fields:**

| | |
|---|---|
| subject | Scanned From FreeFlow(TM) - SMARTsend(TM) |

## Workflow Information:

| | |
|---|---|
| **Name:** | e-File_ALND |
| **Description:** | E-mail to user |
| **Publication Name:** | e-File_ALND |
| **Publication Date:** | 10/7/2008 8:48 AM |
| **Publication Owner:** | CA11-SMARTSEND\e-file_alnd |

## OCR:

| | |
|---|---|
| **Requested format:** | PDF with image on text (*.pdf) |
| **Status:** | Completed successfully |

## Document Scanner Service:

| | |
|---|---|
| **Pages scanned:** | 4 |
| **Status:** | Completed successfully |

## E-mail Recipient:

| | |
|---|---|
| **Destination name:** | Current Scanning User |
| **Status:** | Completed successfully |

Note: Scan to e-mail marked as successful when message has reached SMTP server and Scan to remote printer marked as successful when job was sent to the printer.

---

In case of questions, please contact your administrator, Automation at phone:404-335-6599 or e-mail:circuit_network@ca11.uscourts.gov.

Sharon Harris
Clerk, U.S. District Court
1729 5TH AVE N STE 140
BIRMINGHAM AL 35203-2050

---

September 18, 2009

**Appeal Number: 09-90022-D**
Case Style: Oasis Legal Finance, LLC v. John Rucker
District Court Number: 09-00432 CV-UNAS-PT-S

TO: Lana Alcorn Olson

CC: Sharon Harris

CC: Sara Anne Ford

CC: Ivan B. Cooper

CC: Brad E. Rago

CC: Charla L. Hausler

CC: Joshua Kerry Payne

CC: William M. McErlean

CC: Brian D. Turner, Jr.

CC: James H. McFerrin

CC: Samuel M. Hill

CC: Administrative File

**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

September 18, 2009

Lana Alcorn Olson
Lighfoot Franklin & White LLC
400 20TH ST N
Birmingham AL 35203-3200

**Appeal Number: 09-90022-D**
Case Style: Oasis Legal Finance, LLC v. John Rucker
District Court Number: 09-00432 CV-UNAS-PT-S

GENERAL DOCKET NUMBER: 09-14695-J

---

Enclosed is the court's order granting permission to appeal. Pursuant to this order this cause has been docketed under the general docket number shown above which should be used in all future correspondence and filings instead of the previously assigned number.

Eleventh Circuit Rule 33-1 directs the appellant to file a Civil Appeal Statement in most civil appeals. You must file an original and one copy of a completed Civil Appeal Statement, with service on all other parties, within 10 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a)(4).

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form. Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report. Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Pursuant to Fed.R.App.P 5(d), appellant must within ten (10) days after the date of entry of this order pay to the district court clerk the $450 docket fee plus the $5 filing fee required by statute (28 U.S.C. §§1913, 1917). This appeal will be dismissed without further notice [11th Cir. R. 42-1(b)] unless the fee is paid within fourteen (14) days, with notice to this office.

Pursuant to Fed.R.App.P. 10(b), appellant must also within ten (10) days order any transcript required. A Transcript Information Form is available from the district court clerk. Appellant is

required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE FILED WITHIN 40 DAYS OF THE DATE THE APPEAL WAS DOCKETED IN THIS COURT. See 11th Cir. R. 12-1 and 31-1. This appeal will be dismissed without further notice [11th Cir. R. 42-1(b)] unless the appellant files a Transcript Information Form within fourteen (14) days.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney, not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days from this date. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall/wl/404-335-6189

Encl.

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**




---

**No. 09-90022-D**

---

OASIS LEGAL FINANCE, L.L.C.,

Petitioner,

versus

JOHN RUCKER,
CAROLYN WILLIAMS,
WANDA ANDERSON,
MELANIE HOUSE,
THOMAS R. PRINCE, JR.,
on behalf of themselves and
others similarly situated,

Respondents.

-----------------------

Petition for Permission to Appeal an Order from
the United States District Court for the
Northern District of Alabama

-----------------------

BEFORE: TJOFLAT, HULL and PRYOR, Circuit Judges.

BY THE COURT:

The petition for permission to appeal pursuant to 28 U.S.C. §1292(b) is GRANTED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: [signature]
Deputy Clerk
Atlanta, Georgia