UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN RUCKER et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>OASIS LEGAL FINANCE, LLC )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.<br>CV-09-UNAS-RBP-432-S |

## JOINT STIPULATION OF DISMISSAL

Come now Plaintiff Thomas R. Prince, Jr. ("Prince") and Defendant Oasis Legal Finance, LLC ("Oasis"), and stipulate and agree that any and all claims or causes of action asserted against Oasis by Prince be dismissed with prejudice, each party to bear its own costs and attorneys' fees. This Joint Stipulation of Dismissal does not affect the claims or causes of action asserted by the other Plaintiffs in this case.

Dated: November 30, 2009

_____
One of the Attorneys for Plaintiff
Thomas R. Prince, Jr.

Brian D. Turner, Jr.

_____
One of the Attorneys for Defendant
Oasis Legal Finance, LLC

Sara Anne Ford

brian@hillturner.com
Samuel M. Hill
sam@hillturner.com
HILL TURNER, LLC
2117 Magnolia Avenue
Suite 100
Birmingham, AL 35205
(205) 250-7776
(205) 250-7675 (fax)

James H. McFerrin
jhmcferring@bellsouth.net
THE MCFERRIN LAW FIRM
2117 Magnolia Avenue
Suite 100
Birmingham, AL 35205
(205) 870-5704
(205) 250-7675 (fax)

sford@lightfootlaw.com
Lana Alcorn Olson
lolson@lightfootlaw.com
Joshua K. Payne
jpayne@lightfootlaw.com
LIGHTFOOT, FRANKLIN &
WHITE, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799 (fax)

William M. McErlean
wmcerlean@btlaw.com
Brad E. Rago
brago@btlaw.com
BARNES & THORNBURG LLP
1 North Wacker Drive, Suite 4400
Chicago, IL 60603
(312) 357-1313
(312) 759-5646 (fax)