IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**JOHN RUCKER, et al**

      **Plaintiffs,**

**v.**                                                  **CV 09-UNAS-PT-432-S**
**OASIS LEGAL FINANCE, LLC,**
**et al**

      **Defendants.**

## DISMISSAL ORDER

This cause comes before the court on the Joint Stipulation of Dismissal filed by the plaintiff Thomas R. Prince, and defendant Oasis Legal Finance, LLC  filed on December 1, 2009. All claim(s) of plaintiff Thomas R. Prince against defendant Oasis Legal Finance, LLC. are **DISMISSED, WITH PREJUDICE**; each party to bear its own costs and attorneys' fees.  All claim(s) or causes of action asserted by other plaintiffs against any remaining defendants  remain in effect.

**DONE** and **ORDERED** this the 3rd day of December, 2009.

                                                          **ROBERT B. PROPST**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**