FILED
2010 JUN 23 P 1:03
N.D. OF DISTRICT C.
ALABA...

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN 21 2010
JOHN LEY
CLERK

No. 09-14695

D.C. Docket No. 09-00432-CV-RBP-2

JOHN RUCKER, CAROLYN WILLIAMS,
WANDA ANDERSON, MELANIE HOUSE,
THOMAS R. PRINCE, JR., on behalf of
themselves and others similarly situated,

                Plaintiffs-Appellees,

versus

OASIS LEGAL FINANCE, L.L.C.,

                Defendant-Appellant,

GLOBAL FINANCIAL CREDIT, L.L.C., et al.

                Defendants.

Appeal from the United States District Court
for the Northern District of Alabama

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit
Deputy Clerk
Atlanta, Georgia

BEFORE: EDMONDSON, BIRCH, and HILL, Circuit Judges.

PER CURIAM:

This case was decided pursuant to 11th Cir. R. 34-3 without oral argument. The opinion and judgment issued on May 3, 2010. Appellant, Oasis Legal Finance, LLC, filed a petition for rehearing on May 24, 2010.

Upon consideration, the petition for rehearing will be granted, the opinion withdrawn and the judgment vacated. The case will be set for oral argument, and counsel will be notified as to the date, time, and place of that argument.

In accordance with the foregoing, the judgment entered herein on May 3, 2010, is hereby VACATED, the opinion of the panel withdrawn, and the Clerk of the Court is directed to set this case for oral argument.

                                      ENTERED FOR THE COURT:

                                      /s/ James C. Hill
                                      UNITED STATES CIRCUIT JUDGE